USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JENLOR INTERNATIONAL LLC,

                      Petitioner,

16 CIVIL 1818 (RMB) (SN)

-against-

**JUDGMENT**

AGRIBUSINESS UNITED DMCC,
                      Respondent.
-------------------------------------------------------------X

On March 10, 2016, Jenlor International LLC ("Jenlor" or "Petitioner") having moved to confirm a February 5, 2016 arbitration award in the amount of $210,944.74 (which amounts include $46,250 for legal fees and costs) ("Arbitration Award"), pursuant to the Federal Arbitration Act, 9 U.S.C. § 9 and 207 et seq., against Agribusiness United DMCC, a foreign business entity with an address in Dubai and which qualified to do business in New York ("Agribusiness" or "Respondent"), and the matter having been brought before the Honorable Richard M. Berman, United States District Judge, and the Court, on April 21, 2016, having issued its Order granting Petitioner's motion to confirm the Arbitration Award, in the amount of $210,944.74, plus interest at a daily rate of $13.56 from March 6, 2016 through April 21, 2016 on the principal amount of $141,403.28, also granting Post-Judgment interest at the statutory rate, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated, 2016, Petitioner's motion to confirm the Arbitration Award, in the amount of $210,944.74, plus interest on the principal amount of $141,403.28 at a daily rate of $13.56 from March 6, 2016 through April 21, 2016, in the amount of $637.32 for a total sum of $211,582.06 is granted.

**Dated:** New York, New York
         April 26, 2016

                                                            RUBY J. KRAJICK
                                                            Clerk of Court

**THIS DOCUMENT WAS ENTERED**           BY:
**ON THE DOCKET ON** _____

                                                            Deputy Clerk